Jeffrey FOONG and Rose Foong v. Euclide QUESNEL, No. 138-76

June 7, 1977. Judgment vacated and amended complaint dismissed without prejudice for lack of jurisdiction. 4 V.S.A. § 219; 4 V.S.A. § 437; *In re Estate of Leonard*, 132 Vt. 348, 350, 318 A.2d 179 (1974).